# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**PENN, LLC, et al.,**

      **Plaintiffs,**             Case No. 2:10-cv-993
                                     **JUDGE GREGORY L. FROST**
    **v.**                           **Magistrate Judge Kemp**

**PROSPER BUSINESS DEVELOPMENT**
**CORPORATION, et al.,**

      **Defendants.**

## ORDER

Defendant, Prosper Technologies, Motion to Dismiss (ECF No. 74) shall come on for a non-oral hearing on October 11, 2011 at 8:00 a.m.

    **IT IS SO ORDERED.**

                                                      /s/ **Gregory L. Frost**
                                                           Gregory L. Frost
                                                           United States District Judge