# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Penn LLC, et al.,**

                                        Case No. C2-10-993
                                        JUDGE GREGORY L. FROST
                                        Magistrate Judge Kemp

            Plaintiffs,

   v.

**Prosper Business Development Corporation, et al.,**

            Defendants.

## ORDER

    Plaintiffs' Motion to Appoint Receiver (ECF No. 84) shall come on for a non-oral hearing on February 10, 2012.

    **IT IS SO ORDERED.**

                                                /s/ Gregory L. Frost
                                               GREGORY L. FROST
                                               UNITED STATES DISTRICT JUDGE