CIVIL MINUTES
10/17/13 JURY TRIAL (DAY SIXTEEN)
C2-10-993, PENN, LLC, ET AL. V. PROSPER BUSINESS DEVELOPMENT CORPORATION, ET AL.

PLAINTIFFS COUNSEL: CARL AVENI, II, RITCHEY HOLLENBAUGH, MARIA GUTHRIE & JAMES BOSCO
DEFENDANTS COUNSEL: JAMES ARNOLD, DAMION CLIFFORD, GERHARDT GOSNELL, II & GORDON SHULER
COURT REPORTER: DENISE ERRETT & LAHANA DUFOUR
COURTROOM DEPUTY: SCOTT MILLER

Jury resumed deliberations at 10:00 a.m.
The jury returned a verdict in favor of the defendants and against plaintiffs.
Judge Frost will issue an order in due course memorializing jury trial.