**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Penn, LLC, et al.

      vs      Case No. C2-10-993

Prosper Business Development  **Judge Frost**
Corporation, et al.  **Magistrate Judge Kemp**

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the October 17, 2013 Jury Verdict and the January 8, 2014 Opinion and Order issued by this Court.

Date: **January 8, 2014**        **John P. Hehman, Clerk**

                                                                 s/ Scott Miller
                                                  By Scott Miller /Deputy Clerk