IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PENN, LLC, *et al.*,

    Plaintiffs,

v.

PROSPER BUSINESS DEVELOPMENT
CORPORATION, *et al.*,

    Defendants.

Civil Action No. 2:10-cv-0993

Judge Frost

Magistrate Judge Kemp

### ORDER

This matter is before the Court on the motion of Counterclaim Defendant Penn, LLC to stay execution, direct the clerk of courts to accept cash supersedeas bond, and for expedited review (ECF No. 318). For good cause shown, the Court **GRANTS** Counterclaim Defendant's motion and hereby **ORDERS** the Clerk of Courts to accept as supersedeas cash bond pending appeal, a wire transfer in the full amount of the judgment, including reasonably anticipated costs and post-judgment interest in the full amount of $1,278,743.92. It is further **ORDERED** that the execution on the judgment is hereby **STAYED** for five business days to permit the wire transfer.

Upon posting of the cash supersedeas bond, it is further **ORDERED** that all execution or enforcement of this judgment shall be stayed pending appeal pursuant to Fed. R. Civ. P. 62(d).

**IT IS SO ORDERED.**

                                                         GREGORY L. FROST
                                                         UNITED STATES DISTRICT JUDGE